FILE COPY

DATE: 4/17/2015

RE: Case No. 15-0170

COA #: 12-14-00343-CV     TC#: 2014C-0199

STYLE: CAROLE ANN WALLACE
    v. BARBARA LOUISE HERNANDEZ

Today the Supreme Court of Texas denied the petition for review in the above-referenced case.

MS. CATHY S. LUSK
CLERK, TWELFTH COURT OF APPEALS
1517 WEST FRONT, SUITE 354
TYLER, TX 75702

FILED IN COURT OF APPEALS
12th Court of Appeals District

APR 2 0 2015

TYLER TEXAS
CATHY S. LUSK, CLERK